**Matheny Sears Linkert Jaime LLP**
Attorneys

| | | | | |
|---|---|---|---|---|
| Douglas A. Sears | Robert B. Berrigan | Shelbi L. Ovenstone | Of Counsel: | Henry G. Matheny |
| Richard S. Linkert | Michael W. Carruth* | Catherine V. Nystrom | Ronald E. Enabnit | (1933-1984) |
| Matthew C. Jaime | Jeffrey E. Levine | Kristin A. Blocher | Aristides G. Tzikas** | |
| Michael A. Bishop | Daniel C. Kim | | Raymond Bangle III | *also admitted in Texas |
| Jack A. Klauschie Jr. | | | | **Professional Corporation |

May 10, 2013

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G

     Re:   **Connie Davis v. NIHFCU**
            **United States District Court, Northern District of California**
            **Case No. C12-5502-JCS**

Dear Judge Spero:

Pursuant to the Civil Standing Order for Magistrate Judge Joseph C. Spero (A)(3), I am writing to request permission to appear telephonically at the Case Management Conference and hearing on Defendant's Motion to Dismiss, both scheduled on Friday, May 17, 2013 at 1:30 p.m.

Dated: 5/14/13

[SEAL: IT IS SO ORDERED — Judge Joseph C. Spero — United States District Court, Northern District of California]

Respectfully submitted,

MATHENY SEARS LINKERT & JAIME, LLP

By:    MICHAEL A. BISHOP

MAB/jr
Cc:    Sheila Reid, Attorney for Plaintiff, *via CM/ECF Filing*