**Matheny Sears Linkert Jaime LLP**
Attorneys

| | | | | |
|---|---|---|---|---|
| Douglas A. Sears | Robert B. Berrigan | Shelbi L. Ovenstone | Of Counsel: | Henry G. Matheny |
| Richard S. Linkert | Michael W. Carruth* | Catherine V. Nystrom | Ronald E. Enabnit | (1933-1984) |
| Matthew C. Jaime | Jeffrey E. Levine | Kristin A. Blocher | Aristides G. Tzikas** | |
| Michael A. Bishop | Daniel C. Kim | | Raymond Bangle III | *also admitted in Texas |
| Jack A. Klauschie Jr. | | | | **Professional Corporation |

May 10, 2013

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G

> Re: <u>**Connie Davis v. NIHFCU**</u>
> **United States District Court, Northern District of California**
> **Case No. C12-5502-JCS**

Dear Judge Spero:

Pursuant to the Civil Standing Order for Magistrate Judge Joseph C. Spero (A)(3), I am writing to request permission to appear telephonically at the Case Management Conference and hearing on Defendant's Motion to Dismiss, both scheduled on Friday, May 17, 2013 at 1:30 p.m.

Dated: 5/14/13

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Respectfully submitted,

MATHENY SEARS LINKERT & JAIME, LLP

By: _____
MICHAEL A. BISHOP

MAB/jr
Cc:   Sheila Reid, Attorney for Plaintiff, *via CM/ECF Filing*