JOHN F. PRENTICE, ESQ., SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
SHEILA A. REID, ESQ. SBN 161180
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718
Email jprentice@jfprenticelaw.com

Attorneys for Plaintiff,
Connie M. Davis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE M. DAVIS,<br><br>      Plaintiff,<br><br>v.<br><br>NIH FEDERAL CREDIT UNION;<br>JULI ANNE CALLIS;<br>and DOES 1-10, INCLUSIVE<br><br>      Defendants. | Case No. C12-5502JCS<br><br>DECLARATION OF SHEILA A. REID IN SUPPORT OF PLAINTIFF'S OPPOSITON TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: February 7, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Joseph C. Spero |

I, Sheila A. Reid declare:

1. I am one of the attorneys for the Plaintiff herein and I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein, and if called upon, could and would competently testify about the following.

2. Attached hereto as Exhibit "1" is a true and correct copy of relevant pages, including, but not limited to pages, 39, of Plaintiff, Juli Anne Callis' Deposition conducted on August 19, 2013.

3. Attached hereto as Exhibit "2" is a true and correct copy of The Board minutes and the presentation materials concerning the international remittance program, made to the Board of Directors on May 27, 2010 Bates Nos. NIH0347-368 produced by Defendant NIHFCU

//

4. Attached hereto as Exhibit "3" are true and correct copies of an organizational charts allegedly created by NIHFCU on February 1, 2011, Bates No. NIH0370 and NIH0374 produced by Defendant NIHFCU

5. Attached hereto as Exhibit "4" is a true and correct copy of Defendant NIHFCU Responses to Special Interrogatories, Set Two, dated December 12, 2013, including Special Interrogatory No. 39.

6. Attached hereto as Exhibit "5" is a true and correct copy of relevant portions of Defendant NIHFCU Employee Handbook, including, but not limited to pp. 24-25.

7. Attached hereto as Exhibit "6" is a true and correct copy of relevant pages 2-10, 122-123, 138-139, 147-151 of Plaintiff, Connie M. Davis' Deposition conducted on August 19, 2013 and December 3, 2013 which were not included in Defendant's Attorney Tyler A. Brown Declaration filed in Support of Defendant's Summary Judgment Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 03, 2014, in Emeryville, California.

JOHN F. PRENTICE & ASSOCIATES, P.C.

_____
Sheila A. Reid, Esq.
Attorneys for Plaintiff
CONNIE M. DAVIS